# United States District Court
# Eastern District of California

DAINER BAILEY, CANDICE BAILEY

Plaintiff(s)

V.

S & B INCORPORATED dba HAPPY KIDS

Defendant(s)

Case Number: 226-cv-02176-SCR

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael G. Millward, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Dainer Bailey and Candice Bailey

On 10/14/2008 (date), I was admitted to practice and presently in good standing in the State of Nevada (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: 7/21/2026

Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: Michael G. Millward, Esq.

Law Firm Name: Millward Law, Ltd.

Address: 1591 Mono Ave. Suite 101

City: Minden State: NV Zip: 89423

Phone Number w/Area Code: (775) 600-2776

City and State of Residence: Minden, NV

Primary E-mail Address: michael@millwardlaw.com

Secondary E-mail Address: natalie@millwardlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Gene M. Kaufmann, Esq.

Law Firm Name: Kaufmann Law

Address: 1576 3rd St.

City: Minden State: NV Zip: 89423

Phone Number w/Area Code: (775) 600-2220 Bar # 181355

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/4/2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE